1  Bruce A. Neilson #096952
   7108 N. Fresno St. #410
2  Fresno, California  93720
   Telephone (559) 432-9831
3  Facsimile (559) 432-1837

4  **Attorney for Defendants**
   Paul Riar, Simerjit Riar and Mahja
5  Business Solutions

6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * *

| | |
|---|---|
| RACHEL LOBATO, | CASE NO. 1:15-cv-01127--BAM |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PAUL RIAR aka SURINDER PAUL SINGH RIAR, individually and dba ROEDING PARK SHELL; MAHJA BUSINESS SOLUTIONS, a California corporation, dba ROEDING PARK SHELL; and SIMERJIT RIAR TO RESPOND TO COMPLAINT |
| vs. | |
| PAUL RIAR aka SURINDER PAUL SINGH RIAR, individually and dba ROEDING PARK SHELL; MAHJA BUSINESS SOLUTIONS, a California corporation, dba ROEDING PARK SHELL; SIMERJIT RIAR; | |
| Defendants. | ORDER CONTINUING SCHEDULING CONFERENCE HEARING |

WHEREAS:

1. Plaintiff RACHEL LOBATO filed her complaint in this action on July 20, 2015.

2. This is the second request for an extension of time for PAUL RIAR aka SURINDER PAUL SINGH RIAR, individually and dba ROEDING PARK SHELL; MAHJA BUSINESS SOLUTIONS, a California corporation, dba ROEDING PARK SHELL; and  SIMERJIT RIAR ("Defendants").  A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3. Plaintiff and Defendants are in settlement negotiations at this time.

4. Defendants have had a CASp inspection performed and report prepared, however a supplemental report that will affect a proposed settlement is being prepared and should be

available within a week to 10 days.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until October 12, 2015, subject to the court's approval, and believe that the case can be settled within that time.

7. This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff JOSE ESCOBEDO through his attorneys, hereby stipulate and agree that the time for PAUL RIAR aka SURINDER PAUL SINGH RIAR, individually and dba ROEDING PARK SHELL; MAHJA BUSINESS SOLUTIONS, a California corporation, dba ROEDING PARK SHELL; and SIMERJIT RIAR to answer or otherwise respond to the Complaint shall be extended up to and including October 12, 2015, pending court approval.

IT IS SO STIPULATED.

Dated: September 29, 2015

MOORE LAW FIRM, PC
    /s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Rachel Lobato

Dated: September 29, 2015

    /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
Paul Riar, Simerjit Riar and Mahja Business Solutions

ORDER

IT IS SO ORDERED that Defendants through their attorneys, and Plaintiff JOSE ESCOBEDO through his attorneys, hereby stipulate and agree that the time for PAUL RIAR aka SURINDER PAUL SINGH RIAR, individually and dba ROEDING PARK SHELL; MAHJA BUSINESS SOLUTIONS, a California corporation, dba ROEDING PARK SHELL; and SIMERJIT RIAR to answer or otherwise respond to the Complaint shall be extended up to and including October 12, 2015, pending court approval.

IT IS FURTHER ORDERED that the Scheduling Conference is continued from October 20, 2015 **to November 30, 2015 at 9:30 a.m.** in Courtroom 8 (BAM) before Judge McAuliffe.  J Joint Scheduling Conference Statement must be electronically filed 7 days before the hearing date and shall be emailed, in Word format, to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated**:   September 30, 2015**                               /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE